# IN THE SUPREME COURT OF THE STATE OF NEVADA

METHES ENERGIES
INTERNATIONAL,

Appellant,

vs.

TUSCAN TRADING CO., LLC; AND
ALTITUDE FUEL, INC.,

Respondents.

No. 71460



FILED

MAY 03 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY:
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Joseph Hardy, Jr., District Judge
Hon. Jennifer P. Togliatti, District Judge
Stephen Haberfeld, Settlement Judge
Holley, Driggs, Walch, Fine Wray Puzey & Thompson/Las Vegas
Schneider Wallace Cottrell Konecky Wotkyns
Claggett & Sykes Law Firm
Eighth District Court Clerk

17-14692